# United States Court of Appeals
# for the Fifth Circuit

_____

No. 23-50751
_____

United States Court of Appeals
Fifth Circuit
**FILED**
January 11, 2024
Lyle W. Cayce
Clerk

DeAngelo Donte Moses,

*Petitioner—Appellant*,

versus

Bobby Lumpkin, *Director, Texas Department of Criminal Justice, Correctional Institutions Division*; Bruce Armstrong; Jerry Sanchez,

*Respondents—Appellees*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:23-CV-647
_____

CLERK'S OFFICE:

Under 5th Cir. R. 42.3, the appeal is dismissed as of January 11, 2024, for want of prosecution. The appellant failed to timely comply with certificate of appealability requirements.

LYLE W. CAYCE  
Clerk of the United States Court  
of Appeals for the Fifth Circuit

By: _____
Roeshawn Johnson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

**Certified as a true copy and issued  
as the mandate on Jan 11, 2024**

**Attest:**  
**Clerk, U.S. Court of Appeals, Fifth Circuit**

# United States Court of Appeals
**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

January 11, 2024

Mr. Philip Devlin
Western District of Texas, Waco
United States District Court
800 Franklin Avenue
Waco, TX 76701

    No. 23-50751   Moses v. Lumpkin
                          USDC No. 6:23-CV-647

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Roeshawn Johnson, Deputy Clerk
                          504-310-7998

cc:  Mr. Edward Larry Marshall
     Mr. DeAngelo Donte Moses